IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HENRY POWELL DENKINS,

     Appellant,

 v.

Case No.  5D23-1028
LT Case No. 2015-CF-2221-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed July 11, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Henry P. Denkins, Cross City, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


EISNAUGLE, BOATWRIGHT and PRATT, JJ., concur.